No. 93–5722. RUPP *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 2, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE GINSBURG would deny the petition for writ of certiorari.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 93–5882. IN RE WINSTON. Petition for writ of habeas corpus denied.

No. 93–5626. IN RE CORLEY. Petition for writ of mandamus denied.

No. 93–266. IN RE STONE, INDIVIDUALLY AND AS TRUSTEE FOR ROBERT L. STONE, INC., DEFINED BENEFIT PENSION PLAN, ET AL.; and
No. 93–5733. IN RE CAMPBELL. Petitions for writs of mandamus and/or prohibition denied.

No. 92–1956. CONSOLIDATED RAIL CORPORATION *v.* GOTTSHALL; and CONSOLIDATED RAIL CORPORATION *v.* CARLISLE. C. A. 3d Cir. Certiorari granted.